UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

v.

CYRIL ASHU,
   a/k/a "Akem Maleke,"
   a/k/a "Zabi Malik,"
   a/k/a "Bill Zambia Morgan,"
   a/k/a "Anibal Vasquez Roblero,"
   a/k/a "Baker Lee Walter,"

IFEANYI EKE,
   a/k/a "Luthur Mulbah Doley,"

JOSHUA IKEJIMBA,
   a/k/a "Johnson Ifeanyi Gbono,"
   a/k/a "Alfred Henshaw,"
   a/k/a "Peterson Kamara Lawson,"
   a/k/a "Ganiru Paul Thompson,"

CHINEDU IRONUAH,
   a/k/a "John Akuba Annan,"
   a/k/a "Kenneth Kwame Emerson,"
   a/k/a "Andrew Kamsi Mong,"
   a/k/a "Emmanuel Mong,"
   a/k/a "George Wallace,"
   a/k/a "George Weah,"
   a/k/a "Frederick Werner,"

                *Defendants.*

[PROPOSED] ORDER

19 Cr. 318 (JMF)

---

      Upon the application of the United States of America, by and through GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, OLGA ZVEROVICH and JARROD L. SCHAEFFER, Assistant United States Attorneys, of counsel, and with the consent of counsel for defendants Cyril Ashu and Ifeanyi Eke, by and through their attorneys,

      WHEREAS, the conference previously scheduled for September 19, 2019, was adjourned by the Court until October 7, 2019 (*see* ECF No. 48);

WHEREAS, the Government has requested, with the consent of defense counsel for defendants Cyril Ashu and Ifeanyi Eke, that the conference be adjourned until November 1, 2019;

WHEREAS, time previously was excluded by the Court under the Speedy Trial Act, 18 U.S.C. § 3161, through September 19, 2019; and

WHEREAS, the Court finds that the ends of justice served by further excluding time until November 1, 2019, outweigh the best interest of the public and the defendant in a speedy trial, because it will permit the defendants and their counsel additional time to review voluminous discovery and consider what, if any, motions the defendants may wish to file, as well as allow the parties additional time to discuss any potential pretrial resolutions in this case;

IT IS HEREBY ORDERED that the time from September 19, 2019, through November 1, 2019, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated: New York, New York
September 19, 2019

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York